## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD R. SANTOS, ) | 3:05-CV-481-RLH (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | September 20, 2006 |
| ) | |
| JOE BRACKBILL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>GINA MUGNAINI</u>          REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):   <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

   Defendants have filed a Motion for Extension of Time to Respond to "Motion for Leave to File Amended Civil Rights Complaint Pursuant to 42 U.S.C. § 1983" (Doc. #55).

   Defendants' Motion for Extension of Time to Respond to "Motion for Leave to File Amended Civil Rights Complaint Pursuant to 42 U.S.C. § 1983" (Doc. #55) is **GRANTED**. Defendants shall have to and including **October 6, 2006**, in which to file a response to Plaintiff's Motion for Leave to File Amended Complaint Pursuant to 42 U.S.C. § 1983 (Doc. #51).

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   <u>        /s/        </u>
         Deputy Clerk